IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARC STARR,** *et al.*,<br><br>Plaintiffs,<br><br>*Individually and on Behalf of All Similarly Situated Employees*<br><br>v.<br><br>**CREDIBLE BEHAVIORAL HEALTH, INC.**<br><br>Defendant. | Civil Action No.: 8:20-cv-02986-PJM |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Marc Starr, Kelly Lewis, Anthony Regulus, Andrew Rosen, Vu Lee and Taijia Davis, on behalf of themselves and the putative Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Collective, as well as the Maryland Wage and Hour Law, Md. Code Ann., Lab. & Empl. §§ 3-401 *et seq.* and Maryland Wage Payment and Collection Law, Md. Code Ann., Lab. & Empl., §§ 3-501 *et seq.* Rule 23 Class, respectfully request that this Honorable Court grant Plaintiffs' Unopposed Motion for Preliminary Settlement Approval ("Motion"). The grounds for this Motion are set forth in the supporting memorandum, declaration and exhibits filed herewith.

DATED: April 15, 2021

Respectfully submitted,

*/s/ Benjamin L. Davis,III*
Benjamin L. Davis, III (29774)
bdavis@nicholllaw.com
Kelly A. Burgy (20758)
kaburgy@nicholllaw.com
Scott E. Nevin (22478)

snevin@nicholllaw.com
**The Law Offices of Peter T. Nicholl**
36 South Charles Street, Suite 1700
Baltimore, Maryland 21201
Phone: (410) 244-7005

*Attorneys for Plaintiffs and All Class Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2021, a copy of Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement, memorandum in support thereto and all accompanying exhibits were served via the Court's electronic filing system upon:

Leslie A. Stout-Tabackman
John M. Remy
Jackson Lewis, P.C.
10701 Parkridge Blvd. Ste 300
Reston, Virginia 20191

*Attorneys for Defendant*

/s/ *Benjamin L. Davis, III*
Benjamin L. Davis, III